| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Tatel, David S. | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Cir. | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Prettyman U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Carnegie Foundation for the Advancement of Teaching |
| 2. Director | Historical Society for the District of Columbia Circuit |
| 3. Director | Equal Justice Works |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Tatel, David S.

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-Employed (education consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard University, Boston, MA | 1/16-1/17/2009 | Boston, MA | Deliver the keynote address at the Charles Hamilton Houston Institute Symposium | Taxi & airport parking |
| 2. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 3/10-3/16/09 | Stanford, CA | Board & Executive Committee meetings | Airfare, rental car, meals, local transportation |
| 3. | University of California, Berkley School of Law, Berkley, CA | 4/11-4/15/09 | Berkeley, CA | Moot Court Competition | Lodging, rental car, meals, local transportation |
| 4. | Equal Justice Works, Washington, D.C. | 6/11-6/12/09 | New York, NY | Board Meeting | Train, local transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | American Constitution Society, Washington, D.C. | 6/19/09 | Washington, D.C. | Attend national convention | Meals, local transportation |
| 6. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 7/16-7/17/09 | Stanford, CA | Board & Executive Committee meetings | Airfare, lodging, rental car, meals, local transportation |
| 7. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 9/25/09 | Stanford, CA | Committee meetings | Airfare, rental car, meals, local transportation, membership dues |
| 8. | Environmental Law Institute, Washington, D.C. | 10/6/09 | Washington, D.C. | Attend symposium | Local transportation |
| 9. | The National Academies, Washington, D.C. | 10/19/09 | Washington, D.C. | Committee meetings | Local transportation |
| 10. | Chicago Lawyers' Committee for Civil Rights Under Law, Inc., Chicago, IL | 10/22-10/23/09 | Chicago, IL. | Attend 40th Anniversary Celebration | Airfare, lodging, local transportation |
| 11. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 10/22-10/23/09 | Chicago, IL | Committee meetings | Local transportation, meals |
| 12. | Spencer Foundation, Chicago, IL | 10/28-10/29/09 | Chicago, IL | Attend Lecture | Airfare, local transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chevy Chase Bank - checking acct. | A | Interest | J | T | | | | | |
| 2. ING Bank-savings acct(s) | A | Interest | J | T | | | | | |
| 3. ING Bank -checking acct | | None | J | T | | | | | |
| 4. Starbucks Corp. | | None | K | T | | | | | |
| 5. Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 6. Federal Realty Investment Trust | B | Dividend | K | T | | | | | |
| 7. Avalonbay Communities | B | Dividend | K | T | | | | | |
| 8. -See Line 7 | | | | | Buy (add'l) | 1/27/09 | J | | |
| 9. -See Line 7 | | | | | Sold (part) | 2/20/09 | J | A | |
| 10. Harford Cnty MD 4.25% 1/15/09 | A | Interest | | | Matured | 1/15/09 | K | A | |
| 11. ISHARES Russell 2000 | A | Dividend | K | T | | | | | |
| 12. Nexen Inc. | A | Dividend | K | T | | | | | |
| 13. Suncor Energy Inc. | A | Dividend | K | T | | | | | |
| 14. Encana Corp. | A | Dividend | J | T | | | | | |
| 15. SEI Daily Income TR Govt Port Cl B | A | Dividend | M | T | | | | | |
| 16. GE Money Bank CD 2.55% due 12/18/09 | B | Interest | | | Matured | 12/18/09 | L | A | |
| 17. Newport News, VA 5% due 11/1/15 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S - Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V - Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Wisconsin St 4.75% due 5/1/25 | B | Interest | L | T | | | | | |
| 19. Spring, TX Indpt Sch 5% due 8/15/33 | B | Interest | K | T | | | | | |
| 20. Gold Coast Bank CD 1.7% due 12/23/09 | A | Interest | | | Buy | 1/14/09 | K | | |
| 21. --See Line 20 | | | | | Matured | 12/23/09 | K | A | |
| 22. Cenovus Energy Inc. | A | Dividend | J | T | Spinoff (from line 14) | 11/30/09 | | | |
| 23. Simplified Employee Pension Plan (SEP-IRA) | C | Int./Div. | M | T | | | | | |
| 24. --SEI Daily Income TR Govt Port Cl B | | | | | | | | | |
| 25. --Canadian Oil Sands Trust | | | | | | | | | |
| 26. --First Fed Bank CD 3.25% due 1/7/09 | | | | | Matured | 1/7/09 | K | A | |
| 27. --Capital One Bank CD 3.1% due 2/13/09 | | | | | Matured | 2/13/09 | K | A | |
| 28. --Commercial Bank GA CD 4.05% due 4/28/10 | | | | | | | | | |
| 29. --Georgia Bank & Trust CD 1.65% due 1/22/10 | | | | | Buy | 1/7/09 | K | | |
| 30. --SPDR S&P 500 ETF Trust | | | | | Buy | 1/27/09 | K | | |
| 31. --Bank Commonwealth Norfolk VA CD 1.8% due 8/13/10 | | | | | Buy | 2/4/09 | K | | |
| 32. Individual Retirement Account | F | Int./Div. | P1 | T | | | | | |
| 33. --Ishares MSCI Canada Index Fund, Inc | | | | | | | | | |
| 34. --Morgan Stanley MTN Var-Cpn 2/1/11 | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Weingarten Realty Investors Fund | | | | | | | | | |
| 36. --CISCO Systems, Inc. | | | | | | | | | |
| 37. --Prologis | | | | | Sold | 8/25/09 | J | D | |
| 38. --First Merit Bk OH CD 5.25% due 7/10/09 | | | | | Matured | 7/10/09 | L | A | |
| 39. --SEI Daily Income TR Govt Portfolio Cl B | | | | | | | | | |
| 40. --SAP Aktiengesellschaft Spns ADR | | | | | | | | | |
| 41. --Capital One Bank CD 3.1% due 2/13/09 | | | | | Matured | 2/13/09 | M | A | |
| 42. --First Natl Bank NE CD 2.85% due 4/3/09 | | | | | Matured | 4/3/09 | M | A | |
| 43. --GE Money Bank CD 2.05% due 6/18/09 | | | | | Matured (part) | 3/10/09 | M | A | |
| 44. --See Line 43 | | | | | Matured (part) | 6/18/09 | L | A | |
| 45. --Comerica Bank MI CD 3.55% due 10/1/09 | | | | | Matured | 10/1/09 | M | A | |
| 46. --GE Money Bank CD 2.55% due 12/18/09 | | | | | Matured | 12/18/09 | M | A | |
| 47. --Homestreet Bank CD 4.05% due 2/12/10 | | | | | | | | | |
| 48. --BMW Bank NA UT CD 3.95% due 4/1/10 | | | | | | | | | |
| 49. --Investors Cmnty CD 3.75% due 5/24/10 | | | | | | | | | |
| 50. --U.S. Treasury TIPS 2% due 1/15/26 | | | | | | | | | |
| 51. --Vanguard S/T Investment Grade Fd | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Charter Bank Santa Fe CD 1.85% due 8/18/10 | | | | | Buy | 2/10/09 | M | | |
| 53. --SPDR S&P 500 ETF Trust | | | | | Buy | 2/17/09 | K | | |
| 54. -Nestle SA Spons ADRs | | | | | Buy | 4/3/09 | K | | |
| 55. --Coca Cola Co. | | | | | Buy | 4/15/09 | K | | |
| 56 --McDonalds Corp. | | | | | Buy | 4/15/09 | K | | |
| 57. --See Line 56 | | | | | Buy (add'l) | 12/3/09 | K | | |
| 58. --Vanguard Inter Term Corporate Bond Fd | | | | | Buy | 4/15/09 | L | | |
| 59. --Yum! Brands, Inc. | | | | | Buy | 4/15/09 | K | | |
| 60. --See Line #59 | | | | | Sold | 11/24/09 | K | D | |
| 61. --U.S. Treasury Bills 0% due 11/27/09 | | | | | Buy | 6/1/09 | M | | |
| 62. --See Line 61 | | | | | Matured | 11/27/09 | M | A | |
| 63. --Bank of America CD .9% due 9/2/10 | | | | | Buy | 8/25/09 | M | | |
| 64. --T. Rowe Price New Asia Fund #39 | | | | | Buy | 8/25/09 | K | | |
| 65. --Wright Express Financial Services CD .6% due 10/15/10 | | | | | Buy | 9/29/09 | M | | |
| 66. --Pepsico Inc. | | | | | Buy | 11/24/09 | K | | |
| 67. --Walmart Stores Inc. | | | | | Buy | 11/24/09 | K | | |
| 68. --Gold Coast Bank CD 1% due 4/11/11 | | | | | Buy | 11/25/09 | L | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
F =$50,001 - $100,000
B =$1,001 - $2,500
G =$100,001 - $1,000,000
C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
D =$5,001 - $15,000
H2 =More than $5,000,000
E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --GE Money Bank CD 6% due 12/30/10 | | | | | Buy | 12/21/09 | M | | |
| 70. Life Insurance- Massachusetts Mutual Life Insurance | | None | M | T | | | | | |
| 71. Rental property, Rappahannock County, VA (8/2/96 $86,600) | C | Rent | L | R | | | | | |

1. Income Gain Codes    A =$1,000 or less    B -$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G -$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 -$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544